## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Natasha L. Drnavich,

                 Plaintiff,                  Civil 05-1022 (PAM/JSM)

v.

                                           **ORDER OF DISMISSAL**

Calvary Portfolio Services, LLC

                 Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: February 21, 2006

                                                       s/Paul A. Magnuson
                                                       Paul A. Magnuson
                                                       United States District Court Judge